

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00754-CV

**IN THE INTEREST OF A.J.A.**, A.O.B., M.B., Jr., and M.D.B., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00236
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellants, A.A. and M.B. Because appellants are indigent, no costs of this appeal are assessed against them.

SIGNED April 17, 2024.

_____
Luz Elena D. Chapa, Justice